JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK    (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA SEWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>KENSINGTON POLICE PROTECTION<br>AND COMMUNITY SERVICE DIST., et al.,<br><br>    Defendants. | CASE NO:  C 07-02043 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the

settlement reach between the parties, this action shall be voluntarily dismissed with prejudice,

Stip/Order for Dismissal with Prejudice
Elsa Seward v. Kensington Police Protection and Comm. Serv. Dist. Case No.   C 07-02043 SI
1

1  each party to bear its own costs and attorneys' fees.

2  IT IS SO STIPULATED:

3  Dated: December 12, 2007           _____/S/_____
                                      JAMES B. CHANIN
4                                     Attorney for Plaintiff

5  Dated: December 12, 2007           _____/S/_____
                                      JAMES V. FITZGERALD
6                                     Attorney for Defendants

7

8  PURSUANT TO THE STIPULATION OF THE PARTIES,
9  IT IS SO ORDERED:

10 Dated: December ___, 2007          _____
                                      SUSAN ILLSTON
11                                    Judge of the United States
                                      District Court

Stip/Order for Dismissal with Prejudice
Elsa Seward v. Kensington Police Protection and Comm. Serv. Dist. Case No.   C 07-02043 SI

2